```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9

10  VICKI METZGER,                  )   CV-F 04-5983 DLB
                                    )
11              Plaintiff,          )   STIPULATION AND
                                    )   ORDER TO EXTEND
12         v.                       )   TIME
                                    )
13  JO ANNE B. BARNHART,            )
    Commissioner of Social          )
14  Security,                       )
                                    )
15              Defendant.          )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from April 27, 2005 to May 26, 2005.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28
```

1     This is defendant's first request for an extension of time to file defendant's opposition to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

                          Respectfully submitted,

Dated: April 21, 2005        /s/ Denise Bourgeois Haley
                                (As authorized via facsimile)
                                DENISE BOURGEOIS HALEY
                                Attorney for Plaintiff

Dated: April 21, 2005        McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:  April 25, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE